UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRISTINN RAY HENDERSON, )<br>)<br>Defendant. )<br>_____ ) | Case No. CR04-301-MJP<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 10, 2009. The United States was represented by Assistant United States Attorney Darwin Roberts, and the defendant by Michael G. Martin. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine, in violation on 21 U.S.C. §§ 841 (b)(1)(C) and 846. On or about June 5, 2005, defendant was sentenced by the Honorable Marsha J. Pechman to a term of thirty (30) months in custody, to be followed by three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure and search.

In a Petition for Warrant or Summons, dated February 18, 2009, U.S. Probation Officer Steven R. Gregoryk asserted the following violations by defendant of the conditions of his supervised release:

(1) Committing the crime of reckless driving and hit and run on or about January 17, 2009, in violation of the standard condition of supervision which states that the defendant shall not commit another federal, state, or local crime.

(2) Consuming alcohol on or about January 17, 2009, in violation of the special condition of supervision which states that the defendant shall abstain from the use of alcohol and/or other intoxicants during the course of supervision.

(3) Failing to be truthful with the probation officer on January 26, 2009, in violation fo standard condition No. 3.

On March 10, 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On April 10, 2009, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 2 and 3, and violation 1 as modified:

(1) Committing the crime of reckless driving on or about January 17, 2009, in violation of the standard condition of supervision which states that the defendant shall not commit another federal, state, or local crime.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on April 22, 2009 at 1:30 p.m.

//
//
//
//

Pending a final determination by the Court, the defendant has been released, subject to supervision, and subject to an additional appearance bond.

DATED this 10th day of April, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable Marsha J. Pechman
     AUSA:                   Mr. Darwin Roberts
     Defendant's attorney:   Mr. Michael G. Martin
     Probation officer:      Mr. Steven R. Gregoryk